UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 07-042 (ESH) |
| v. | : | **FILED** |
| WILLIAM J. HEATON, | : | FEB 2 6 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## WAIVER OF INDICTMENT

I, William J. Heaton, the above named defendant, who is accused of conspiring to commit offenses against the United States in violation of Title 18 U.S.C. § 371, having been advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on February 26, 2007, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
William J. Heaton
Defendant

_____
Counsel for Defendant
John N. Nassikas, Esq.
Timothy Kane, Esq.
Arent Fox, LLP

Before _____
Hon. Ellen Segal Huvelle
U.S. District Judge