CO-526
(12/86)

**FILED**

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )    Criminal No. _07-042 (ESH)_
)
_William J. Heaton_ )
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

X _(signature)_
_____
Defendant

X _(signature)_
_____
Counsel for defendant

I consent:

X _(signature)_
_____
United States Attorney

Approved:

_(signature)_
_____
Judge