U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED
FEB 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

William J. Benton : Case No. CR 07-042

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __26th__ day of __February__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __or before March 23, 2007__ by __FBI Special Agent Maria Boresuk or any other FBI Special Agent__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the FBI Washington Field Office__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge Ellen S. Huvelle
Judge (U.S. Magistrate)

DOJ USA-16-1-80

COURT