UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-CR-0042-ESH |
| ) | |
| WILLIAM J. HEATON ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of Mary K. Butler and James A. Crowell IV as counsel for the Government in the above-captioned matter.  Accordingly, the Government asks the Court to designate Mary K. Butler and James A. Crowell IV as lead counsel and attorneys to be noticed for the Government.

        Respectfully Submitted,

        EDWARD C. NUCCI
        Acting Chief, Public Integrity Section

By:    /s/ James A. Crowell IV
        MARY K. BUTLER
        JAMES A. CROWELL IV
        M. KENDALL DAY
        Trial Attorney

        U.S. Department of Justice
        Criminal Division
        Public Integrity Section
        1400 New York Ave., NW
        Washington, DC 20005
        (202) 514-1412
        Mary.k.buter@usdoj.gov
        james.crowell@usdoj.gov
        m.kendall.day@usdoj.gov