UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **1:07CR42 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **WILLIAM J. HEATON,** | : | |
| Defendant. | : | |

## Joint Motion to Set Sentencing Date

On February 26, 2007, the Court accepted William Heaton's plea of guilty, deferred setting a date for his sentencing, and scheduled a status conference for May 31, 2007 at 9:30 am.

Long before entry of his plea agreement, Mr. Heaton agreed to and began cooperating with the government in any and all matters when required. Mr. Heaton's cooperation is now substantially complete. Therefore, the parties jointly move the Court to order the completion of a Presentence Investigation Report and to set a sentencing date for late June or early July 2007. A proposed order is attached.

Dated this 4th day of May, 2007.

FOR THE UNITED STATES                                FOR THE DEFENDANT

WILLIAM M. WELCH II
Chief, Public Integrity Section


  /s/ Mary K. Butler                                                /s/ John Nassikas
Mary K. Butler                                                      John N. Nassikas, Esq.
M. Kendall Day                                                      Timothy Kane, Esq.
Trial Attorneys                                                     Arent Fox LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:07cr42(ESH) |
| | : | |
| v. | : | |
| **WILLIAM J. HEATON,** | : | |
| **Defendant.** | : | |

## ORDER

By joint Motion dated May 4, 2007, the parties moved for an order directing that a Presentence Investigation Report be prepared in the instant matter and setting a sentencing date. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for May 31, 2007, at 9:30 a.m. is vacated;

2. A sentencing hearing is scheduled for _____, 2007, at _____ a.m. / p.m.; and

3. The United States Probation Office shall begin work on a Presentence Investigation Report to be completed sufficiently in advance of the date of the above-scheduled sentencing hearing.

It is so ORDERED this _____ day of May, 2007.

_____
Judge Ellen Segal Huvelle
United States District Judge

cc:   United States Probation Office