UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:07cr42(ESH) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM J. HEATON, | : | |
| | : | |
| Defendant. | : | |

FILED
MAY 04 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

By joint Motion dated May 4, 2007, the parties moved for an order directing that a Presentence Investigation Report be prepared in the instant matter and setting a sentencing date. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for May 31, 2007, at 9:30 a.m. is vacated;

2. A sentencing hearing is scheduled for _Sept. 6_, 2007, at _2:00_ ~~a.m.~~ / p.m.; and

3. The United States Probation Office shall begin work on a Presentence Investigation Report to be completed sufficiently in advance of the date of the above-scheduled sentencing hearing.

It is so ORDERED this _4_ day of May, 2007.

_____
Judge Ellen Segal Huvelle
United States District Judge

cc:   United States Probation Office