UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **1:07cr42 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM J. HEATON,** | : | |
| | : | |
| Defendant. | : | |

### Joint Motion to Change Sentencing Date

By Order dated May 4, 2007, the Court scheduled William Heaton's sentencing hearing for September 6, 2007 at 2:00 p.m.

With the consent of the United States Probation Office, the parties respectfully request that the Court reschedule the sentencing hearing for a date in July or August 2007. The parties propose that the Court reschedule the hearing for July 13, August 15, or August 17, 2007. The parties also jointly move the Court to order the completion of the Presentence Investigation Report and to set a briefing schedule in advance of the sentencing date. A proposed Order is attached.

Dated this 21st day of May, 2007.

FOR THE UNITED STATES                    FOR THE DEFENDANT

WILLIAM M. WELCH II
Chief, Public Integrity Section

__/s/ Mary K. Butler_____              /s/ John N. Nassikas III_____
Mary K. Butler                            John N. Nassikas III, Esq.
M. Kendall Day                            Timothy Kane, Esq.
Trial Attorneys                           Arent Fox LLP
Criminal Division                         1050 Connecticut Ave., NW
U.S. Department of Justice                Washington, DC 20036
(202) 616-7529                            (202) 857-6014

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:07cr42(ESH) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM J. HEATON,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

By joint Motion dated May 21, 2007, the parties moved for an order rescheduling the sentencing date in the instant matter, directing that a Presentence Investigation Report be completed in time for the new sentencing date, and setting a briefing schedule. Having read and considered the parties' submission, the Court GRANTS the motion and orders as follows:

1.  The sentencing hearing set for September 6, 2007, at 2:00 p.m. is vacated and rescheduled for _____, 2007, at _____; and

2.  The government shall file its sentencing memorandum by _____, 2007; and

3.  Mr. Heaton shall file his sentencing memorandum by _____, 2007; and

4.  The United States Probation Office shall complete a Presentence Investigation Report in sufficient time in advance of the date of the above-scheduled sentencing hearing.

It is so ORDERED this _____ day of _____, 2007.

 

                                                                                       _____
                                                                                       Judge Ellen Segal Huvelle
                                                                                       United States District Judge

cc:    United States Probation Office