UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:07cr42(ESH) |
| | : | |
| v. | : | |
| | : | |
| WILLIAM J. HEATON, | : | |
| Defendant. | : | |

**FILED**
MAY 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated May 21, 2007, the parties moved for an order rescheduling the sentencing date in the instant matter, directing that a Presentence Investigation Report be completed in time for the new sentencing date, and setting a briefing schedule. Having read and considered the parties' submission, the Court GRANTS the motion and orders as follows:

1. The sentencing hearing set for September 6, 2007, at 2:00 p.m. is vacated and rescheduled for _August 15_, 2007, at _4:00 P.M._; and

2. The government shall file its sentencing memorandum by _August 3_, 2007; and

3. Mr. Heaton shall file his sentencing memorandum by _August 6_, 2007; and

4. The United States Probation Office shall complete a Presentence Investigation Report in sufficient time in advance of the date of the above-scheduled sentencing hearing.

It is so ORDERED this _23_ day of _May_, 2007.

_Ellen S. Huvelle_
Judge Ellen Segal Huvelle
United States District Judge

cc:  Stevens
     Deborah J Panzer
     United States Probation Office