HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-42-01</u> |
| vs. | : | SSN: |
| Heaton, William J. | : | Disclosure Date: <u>July 11, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    (X)    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
**Prosecuting Attorney**                                            **Date** 7/19/07

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
**Defendant**           **Date**                                  **Defense Counsel   Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **July 25, 2007**, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number <u>(202) 565-1422</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Chief
        United States Probation Officer

U.S. Department of Justice

Criminal Division

---

*Public Integrity Section*  *Telephone (202) 353-2248*
*1400 New York Avenue, NW*  *Facsimile (202) 514-3003*
*Suite 12100*
*Washington, D.C. 20005*

July 19, 2007

<u>Via Federal Express</u>
Deborah Stevens-Panzer
U.S. Probation Office
United States District Court
  for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
(O) 202-565-1422

     Re:  <u>United States v. Heaton</u>, 07cr42 (ESH)
        No Material Inaccuracies in the PSI Report

Dear Officer Stevens-Panzer:

 Enclosed you will find the government's receipt and acknowledgment of the Presentence Investigation Report in the above-referenced case. We have found no material inaccuracies therein.

 Please let us know if you have any questions or if we can be of further assistance.

        Very truly yours,

        WILLIAM M. WELCH II
        PUBLIC INTEGRITY SECTION

        Mary K. Butler
        M. Kendall Day
        Trial Attorneys

Enclosure
cc: John Nassikas, Esq.
   Counsel for William Heaton